IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE7<br><br>　　　　Plaintiff,<br><br>SEAN ANDRE SIMON, TONYA JORESSA SIMON<br><br>　　　　Defendants. | §§§§§§§§§§§§§§§§ Civil Action No. 1:23-cv-00127 |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [Dkt.15]**

The District Court referred Plaintiff's Motion for Attorneys' Fees [Dkt. 13] to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration and disposition.

On December 28, the Magistrate Judge entered a Report and Recommendation [Dkt. 15] in which she recommended granting in part and denying in part Plaintiff's Motion for Attorneys' Fees by awarding $8,085.44 in attorneys' fees.   To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 15] is ADOPTED.  Plaintiff's Motion for Attorneys' Fees [Dkt. 13] is GRANTED IN PART and DENIED IN PART awarding attorneys' fees of $8,085.44.  Pursuant to the Order Adopting the

Report and Recommendation on Plaintiff's Motion for Default Judgment, attorneys' fees are not awarded as a personal judgement but as a further obligation of the debt.

**SIGNED this 16th day of January, 2024.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Truncale
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge