IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE7<br><br>    Plaintiff,<br><br>SEAN ANDRE SIMON, TONYA JORESSA SIMON<br><br>    Defendants. | §§§§§§§§§§§§§§§§ Civil Action No. 1:23-cv-00127 |

## FINAL DEFAULT JUDGMENT

The Court, having considered the issues presented in this civil action and granted default judgment in favor of Plaintiff against Defendant, ORDERS that judgment is entered as follows:

It is ORDERED, ADJUDGED, AND DECREED that the material allegations of the Original Complaint be and are deemed admitted as to Defendants.  It is further,

ORDERED, ADJUDGED AND DECREED that an event of default has occurred on that certain *Texas Home Equity Note (Fixed Rate – First Lien)* in the principal amount of $100,000.00 ("Note"), with an interest rate of 11.5000% per annum, originally payable to First NLC Financial Services, LLC ("First NLC") as lender on a loan secured by the Property, executed by Decedent Gail Marie Simon ("Borrower").

ORDERED, ADJUDGED AND DECREED that certain Deed of Trust executed by the Borrower ("Deed of Trust" and together with the Note, "Loan Agreement"), recorded on March 6, 2007 in the Official Public Records of Jefferson County, Texas, under Document No. 2007008923, provides that Plaintiff, as the current owner of the Note and mortgagee of the Deed of Trust, in the

event of a default on the obligations on the Note, with a lien security interest on that certain real property commonly 2230 W. Highland Drive, Beaumont, Texas, and more particularly described as follows:

> LOT NUMBER TWENTY-SEVEN AND THE WEST FORTY-NINE FEET OF LOT NUMBER TWENTY SIX (27 & W 49 FEET OF 26), IN BLOCK NUMBER FIVE (5), OF VIRGINIA ESTATES, AN ADDITION TO THE CITY OF BEAUMONT, JEFFERSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY CLERK IN VOLUME 10, PAGE 196 OF THE MAP RECORDS OF JEFFERSON COUNTY, TEXAS.

(the "Property").  It is further,

ORDERED, ADJUDGED AND DECREED that Plaintiff is the current legal owner and holder of the Note and beneficiary of the Deed of Trust. Plaintiff is also a mortgagee as that as that term is defined in section 51.0001(4) of the Texas Property Code.  It is further,

ORDERED, ADJUDGED AND DECREED that the following are secured by the Deed of Trust on the Property: attorney's fees of $8,085.44 and costs of court. It is further,

ORDERED, ADJUDGED AND DECREED that Plaintiff or its successors and/or assigns, may proceed with foreclosure of Defendants' interests in the Property as provided in the Deed of Trust and section 51.002 of the Texas Property Code. It is further,

ORDERED, ADJUDGED, AND DECREED that, should Plaintiff proceed with non-judicial foreclosure on the Property then, the purchaser at the foreclosure sale will be vested with all of Defendants' interest, rights, and title in the Property. It is further,

ORDERED, ADJUDGED AND DECREED that Plaintiff may further communicate with Defendants, and all third parties reasonably necessary to conduct the foreclosure sale. It is further,

ORDERED, ADJUDGED AND DECREED that all attorney's fees and costs awarded are to be taxed against Defendants as a further obligation of the debt, and not as a personal judgment against Defendants. It is further,

ORDERED, ADJUDGED AND DECREED that this is a final judgment that fully and finally resolves all claims between Plaintiff and Defendants. All relief requested and not herein granted is denied.

**SIGNED this 16th day of January, 2024.**

_____
Michael J. Truncale
United States District Judge